IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **00-cr-293-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**JASON A. LEIBOLD,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     A Supervised Release Revocation Hearing is scheduled for **February 4, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: December 10, 2010