IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **00-cr-293-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**JASON A. LEIBOLD,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The time of the Supervised Release Revocation Hearing scheduled for February 4, 2011 is **CHANGED to 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  January 25, 2011