IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **00-cr-293-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**JASON A. LEIBOLD,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Sentencing/Status Hearing is re-set for **July 29, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  May 5, 2011