IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **00-cr-293-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**JASON A. LEIBOLD,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Sentencing Hearing is **RESET** for **October 7, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated:  August 2, 2011